Vance Leslie Bert ATENCIO,
Petitioner,

v.

The PEOPLE of the State of
Colorado, Respondent.

No. 89SC510.

Supreme Court of Colorado,
En Banc.

Feb. 5, 1990.

Petition for Writ of Certiorari DENIED.

ROVIRA, J., does not participate.